UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20645-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 **ORDER RE: COMPETENCY**

RONALD EDWARD SOOBRIAN,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 45) filed herein by United States Magistrate Judge Robin S. Rosenbaum. No Objections to said Report have been filed. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation (DE 45) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court.

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to 18 U.S.C. § 4241(d)(1), the Defendant, Ronald Edward Soobrian, is committed to the custody of the Attorney General who shall hospitalize the Defendant for treatment in a suitable facility for such reasonable time, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial of this

cause to proceed. An additional reasonable period of time may be permitted by the Court pursuant to 18 U.S.C. § 4241(d)(2)(A). Such treatment may include involuntary medication, medical and psychiatric treatment.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Attorney General of the United States, within four (4) months of the date of this Order, through the Director of the hospital facility in which the Defendant, Ronald Edward Soobrian, is placed, shall report in writing to this Court as to whether or not the Defendant, Ronald Edward Soobrian, has recovered to an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS FURTHER ORDERED AND ADJUDGED** that the examination shall include a determination of whether the Defendant, Ronald Edward Soobrian's, release, if mentally incompetent, would create a substantial risk of bodily injury to another person or serious damage to property of another pursuant to 18 U.S.C. § 4246.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of October, 2010.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Hon. Robin S. Rosenbaum
All Counsel of Record